UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| NICOLE WATKINS, | ) | CASE NO: 5:24-CV-00193-D |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATED NOTICE OF DISMISSAL** |
| SYNEOS HEALTH LLC., | ) | |
| Defendant. | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entirety of this matter is dismissed *with prejudice*. Parties to bear their own costs and attorneys' fees.

Respectfully submitted,

*/s/ Evan Gungor*
Evan Gungor (60902)
SPITZ, THE EMPLOYEE'S LAW FIRM
5540 Centerview Drive
Suite 200B
Raleigh, NC 27606
Phone: (216) 291-4744
Fax: (216) 291-5744
evan.gungor@spitzlawfirm.com

*Attorney for Plaintiff*

*/s/ David Lindsay*
David Lindsay (024380)
Avery Miller (54752)
K&L Gates LLP
301 Hillsborough Street, Suite 1200
Raleigh, Noth Carolina 27603
Telephone: (919) 742-7304
David.Lindsay@klgates.com
Avery.miller@klgates.com

*Attorneys for Defendant*